CHARLES V. BOB and LOUIS P. JUBIEN, Copartners, etc., Appellants, v. WILLIAM T. P. HOLLINGSWORTH and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Kapper, Carswell, Scudder and Tompkins, JJ.; Lazansky, P. J., not voting.

BERTA S. BROWN, Respondent, v. CITY OF MIDDLETOWN, NEW YORK, Appellant. — Motion for leave to appeal to the Court of Appeals denied. Present — Kapper, Carswell, Scudder and Tompkins, JJ.; Lazansky, P. J., not voting.

MAX J. BUECHLER, Respondent, Appellant, v. FRANK J. PICKRELL, Appellant, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Kapper, Carswell, Scudder and Tompkins, JJ.; Lazansky, P. J., not voting.

THE CONNECTICUT MUTUAL LIFE INSURANCE COMPANY, Respondent, v. ANTHONY MACYS, Individually and as Executor, etc., of KSAVIER SZPOKAS, Deceased, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Kapper, Carswell, Scudder and Tompkins, JJ.; Lazansky, P. J., not voting.

CORPORATE INVESTING COMPANY, Respondent, v. ROSE BERGOFF, Appellant. RADJEK CORPORATION and Others, Respondents.— Motion for stay granted upon condition that an undertaking be filed within five days from service of a copy of the order herein, the amount thereof to be fixed at a hearing before Mr. Justice Carswell; otherwise, motion denied, with ten dollars costs. Present — Kapper, Carswell, Scudder and Tompkins, JJ.; Lazansky, P. J., not voting. Settle order on notice.

EAST END TRUST COMPANY OF THE CITY OF HARRISBURG, PENNSYLVANIA, Plaintiff, v. ANNA OTTEN, Defendant.— Motion for leave to appeal to the Court of Appeals granted. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ. Settle order on notice.

EDNOM SECURITIES CORPORATION, Respondent, v. ROCKAWAY CONSTRUCTION Co., INC., and Others, Defendants. MINNIE SCHETTINO, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. We think the case cannot be determined on the pleadings but must await a trial of the facts, with appropriate findings. Present — Kapper, Carswell, Scudder and Tompkins, JJ.; Lazansky, P. J., not voting.

WILLIAM FETNER, Respondent, v. MARY E. MCMENAMY, Appellant.— Motion for stay granted upon condition that appellant perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

FIDELITY TRUST COMPANY OF NEW YORK, as Trustee, Respondent, v. BROOKLYN PROPERTIES CORPORATION and Others, Defendants, and HAROLD E. WITTEMAN, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for